# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| | ) |
| v. | )    **CRIMINAL NO. 2:13-CR-165-DBH** |
| | ) |
| **DOWEN PHILLIPS,** | ) |
| | ) |
| **DEFENDANT** | ) |

## ORDER ON DEFENDANT'S MOTION FOR RETURN OF PROPERTY

The defendant's motion for return of property is **DENIED**. The Government's response to the motion (none of which the defendant has contested) shows that there is nothing for the Government to return at this time. I make no ruling on whether the defendant has any recourse against state authorities.

**SO ORDERED.**

**DATED THIS 4TH DAY OF NOVEMBER, 2014**

                                           /S/D. BROCK HORNBY
                                           **D. BROCK HORNBY**
                                           **UNITED STATES DISTRICT JUDGE**